JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAG INSTRUMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LARSON ELECTRONICS, LLC, a Texas limited liability company,<br><br>Defendant. | Case No. 2:11-cv-10583-MMM (SPx)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>Hon. Margaret M. Morrow |

1  WHEREAS, plaintiff Mag Instrument, Inc. ("Mag Instrument") and defendant Larson Electronics, LLC ("Larson Electronics") have agreed in a separate agreement to settlement of the matters in issue between them and to the entry of this Order of Dismissal, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

1. Mag Instrument dismisses its claims asserted in the Complaint, without prejudice.

2. Larson Electronics dismisses its affirmative defenses, as recited in Larson Electronics' Answer to Complaint, without prejudice.

3. The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED:**

Dated:    December 31, 2012

By: *Margaret M. Morrow*
Hon. Margaret M. Morrow
United States District Court Judge

```
 1  Approved as to form and content:
 2  Dated:        December 27, 2012              JONES DAY
 3
 4
                                                 By: /s/ Alexis A. Houle
 5                                                   Alexis Houle
 6                                               Attorneys for Plaintiff
                                                 MAG INSTRUMENT, INC.
 7
 8  Dated:        December 13, 2012              CELUM LAW FIRM, PLLC
 9
10
                                                 By: /s/ Julie L. Celum
11                                                   Julie L. Celum
12                                               Attorneys for Defendant
                                                 LARSON ELECTRONICS, LLC
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```